UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/2/2020___

-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
        -v-                                                        :
                                                                   :        11-cr-0265 (LJL)
DEJON JACKSON,                                                     :
                                                                   :        ORDER
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On April 1, 2020, counsel for Defendant Dejon Jackson submitted a letter to this Court requesting an order (1) directing the Bureau of Prisons ("BOP") to issue a decision within the next 24 hours as to how Defendant will serve his final two weeks in custody, and (2) recommending to the BOP that Defendant serve the last two weeks of his sentence in home confinement.  Dkt. No. 31.

It is hereby ORDERED that the Government shall submit a letter responding to Defendant's letter motion by 5:00 p.m. today.

IT IS FURTHER ORDERED that counsel for all parties appear for a hearing by TELEPHONE on April 3, 2020 at 9:30 a.m.  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

SO ORDERED.

Dated: April 2, 2020                    _____
       New York, New York                      LEWIS J. LIMAN
                                             United States District Judge