UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,

               - against -                                  Order
                                                                  11 CR 265 (LJL)

DEJON JACKSON,

                             Defendant.
------------------------------------------------------------------x

Lewis J. Liman, U.S.D.J.

Upon the application of the defendant, Dejon Jackson, and on consent of the Government, it is hereby ordered that the defendant is RESENTENCED to TIME SERVED, plus 30 months' supervised release.

It is further ORDERED that the mandatory conditions, standard conditions, and special conditions of supervised release from Mr. Jackson's original sentence are hereby imposed.

It is further ORDERED that the additional terms of supervised release are hereby imposed:

1. Mr. Jackson must reside at the address provided to the Court (the "Residence"), a three-bedroom duplex, until April 14, 2020.

2. Mr. Jackson must self-isolate from others at the Residence until April 14, 2020.

3. Mr. Jackson must not leave the Residence until April 14, 2020, unless he is seeking necessary medical care. In the event that Mr. Jackson must leave the Residence to seek necessary medical care, Mr. Jackson shall report any such medical visits to the Probation Office in advance if possible.

4. Upon his release from MCC, Mr. Jackson must immediately contact the county/COVID hotline for Mount Vernon, New York and follow the medical advice he receives regarding his illness.

5. Mr. Jackson must call his Probation Officer the day he is released and will follow the Probation Officer's instructions for virtual reporting.

It is further ORDERED that Dejon Jackson, Register number 64784-054, be released from the MCC today, April 3, 2020.

SO ORDERED.

Dated: New York, New York
April 3, 2020

_____
THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK