UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES**

vs.

Dejon Jackson

11 Cr. 00265 ( LJL )

Order

**To: U.S. Marshals Office**

**It is hereby ordered :**

That the Defendant, Dejon Jackson, Reg # 64784-054

having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to

release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
**United States District Judge**

April 3, 2020
_____
**Date**