```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
        -v-                                                       :
                                                                  :   11-cr-0265 (LJL)
DEJON JACKSON,                                                    :
                                                                  :   ORDER
                                Defendant.                        :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2020

LEWIS J. LIMAN, United States District Judge:

Upon application of Defendant Dejon Jackson and on consent of the Government, this Court on April 3, 2020 ordered that the Defendant would be resentenced to time served. *See* Dkt. No. 36. Defense counsel confirmed that Defendant was released on April 3, 2020. An amended judgment was entered on April 6, 2020. *See* Dkt. No. 38.

Accordingly, it is hereby ORDERED that this action is terminated. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: April 14, 2020
       New York, New York
                                            _____
                                            LEWIS J. LIMAN
                                            United States District Judge